Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### Southern Division

Sandra Rosa, individually and on behalf of all others similarly situated,

Against

Allied International Credit Corp.

Case No.: 5:20-cv-1262

**NOTICE OF SETTLEMENT**

Notice is hereby given that the Plaintiff, Sandra Rosa, by and through her attorneys, The Law Offices of Jonathan A. Stieglitz, and the Defendant, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

Respectfully Submitted,

DATED:  March 15, 2021                    THE LAW OFFICES OF JONATHAN A.
                                          STIEGLITZ

                                          By:    */s/Jonathan A. Stieglitz*
                                                 Jonathan A. Stieglitz
                                                 Attorneys for Plaintiff
                                                 Sandra Rosa

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of

Settlement using the CM/ECF system which will automatically send email

notification of such filing to all attorneys of record.


                                          */s/ Jonathan A. Stieglitz*
                                          Jonathan A. Stieglitz, Esq.