1  Jonathan A. Stieglitz (SBN 278028)
   jonathan.a.stieglitz@gmail.com
2  THE LAW OFFICES OF
   JONATHAN A. STIEGLITZ
3  11845 W. Olympic Blvd., Suite 800
   Los Angeles, California 90064
4  Telephone:  (323) 979-2063
   Facsimile:   (323) 488-6748
5
   Attorney for Plaintiff
6  Sandra Rosa

7  Shawn Leo
   sleo@theleolawoffice.com
8  Leo Law Office, APLC
   401 West A Street Suite 1150
9  San Diego, CA 92101
   Telephone:  (858) 284-0660
10
   Attorneys for Defendant
11 Allied International Credit Corp.

12
                    **UNITED STATES DISTRICT COURT**
13                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
14

15

16 | Sandra Rosa, individually and on behalf of all others similarly situated, | Case No.: 5:20-cv-1262
17 |                                  |
18 |        Against                   | **The Hon. Stanley Blumenfeld, Jr**
19 |                                  | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
20 | Allied International Credit Corp. |
21 |                                  | [Filed concurrently with (Proposed Order)]
22 |                                  |
23 |                                  | Complaint Filed:  06/23/2020
24
25
26
27
28

                                              Stipulation of
                                     Dismissal With Prejudice
                                      Case No. 5:20-cv-1262

IT IS HEREBY STIPULATED by and between Plaintiff Sandra Rosa ("Plaintiff") and Defendants, Allied International Credit Corp. ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own attorneys' fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation of Dismissal with Prejudice

DATED: May 11, 2021    THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:  /s/Jonathan A. Stieglitz
     Jonathan A. Stieglitz
     Attorneys for Plaintiff
     Sandra Rosa

DATED: May 11, 2021    LEO LAW OFFICE, APLC

By:  /s/ Shawn Leo
     Shawn Leo
     Attorneys for Defendant
     Allied International Credit Corp.