**FILED**
CLERK, U.S. DISTRICT COURT

May 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Rosa, individually and on behalf of all others similarly situated,<br><br>Against<br><br>Allied International Credit Corp. | Case No.: 5:20-cv-1262<br><br>**The Hon. Stanley Blumenfeld, Jr**<br><br>**ORDER FOR CASE DISMISSAL AS TO ALLIED INTERNATIONAL CREDIT CORP**<br><br>Complaint Filed: 06/23/2020 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the Case is dismissed with prejudice with each party to bear their respective costs and attorneys fees.

DATE: May 20, 2021

_____
HON. Stanley Blumenfeld, Jr